THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BANKS.— Motion granted and the time of appellant in which to serve and file the record on appeal extended to July 21, 1928, and that the appellant procure the appellant's points to be served and filed with notice of argument, so that the appeal can be argued on October 2, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS MOSES v. CHARLES W. CULKIN, as Sheriff, etc.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM PERLE and Another v. NATIONAL FERTILIZER Co., INC.— Motion granted. Order resettled. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN CHAIVES.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEATRICE MANGAN v. FEODOR VON RAITZ.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE ARTHUR BETZ and Another v. NEW JERSEY REFRIGERATING COMPANY and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JARED C. JOHNSTON v. DAVID R. HOCHREICH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MINER-EDGAR COMPANY v. NORTH RIVER INSURANCE COMPANY.— Motion granted as indicated in order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of JOHN F. COGGINS to Compel the Production of a Destroyed, Retained or Concealed Will of MARY E. BRICKETT, Deceased.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MATHILDA JOHNSON v. NEW YORK LIFE INSURANCE COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DURHAM REALTY CORPORATION v. JAN W. A. KLEYKAMP.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LIZZIE COHEN v. 1165 FULTON AVENUE CORPORATION and Others, Impleaded with CHARLES TISCH, INC. EDWARD J. WALSH, Receiver, Respondent.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK BUSINESS BUILDINGS CORPORATION v. JAMES MCCUTCHEON & COMPANY and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LYNN MANION CORPORATION v. G. RICHARD DAVIS & Co., INC., Impleaded with 170 WEST 76TH STREET REALTY Co., INC., and Another.— Motion granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.